**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO.: 2:16-CV-00660-SPC-CM**

OANA STANOIU,

Plaintiff,

v.

NORTHWOOD HOSPITALITY, LLC. and
NWNG, LLC. d/b/a NAPLES GRANDE RESORT
AND SPA,

Defendants.

______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__________ IS related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

___X_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: September 16, 2016.

**LAW OFFICES OF CHARLES EISS, P.L.**
Attorneys for Plaintiff
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
(954) 914-7890 (Office)
(855) 423-5298 (Facsimile)

By: /s/ Lindsay M. Massillon
CHARLES M. EISS, Esq.
Fla. Bar #612073
ceiss@icelawfirm.com

LINDSAY M. MASSILLON, Esq.
Fla. Bar #92098
lmassillon@icelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Lindsay M. Massillon
LINDSAY M. MASSILLON, Esq.

**SERVICE LIST**

**United States District Court**
**Middle District of Florida**
*Oana Stanoiu v. Northwood Hospitality LLC, et al*
Case No.: 16-CV-00660-SPC-CM

Charles M. Eiss, Esq. (FBN: 612073)
Email: ceiss@icelawfirm.com
Lindsay M. Massillon, Esq. (FBN: 92098)
Email: lmassillon@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.**
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

Attorneys for Plaintiff

Method of Service: CM/ECF Notice.