**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO.: 2:16-CV-00660-SPC-CM**

OANA STANOIU,

Plaintiff,

v.

NORTHWOOD HOSPITALITY, LLC. and
NWNG, LLC. d/b/a NAPLES GRANDE RESORT
AND SPA,

Defendants.

_________________________________________/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**OF NWNG, LLC.**

Plaintiff, OANA STANOIU, by and through her undersigned counsel, hereby files her Notice of Dismissal WITHOUT prejudice as to Defendant, NWNG, LLC. d/b/a NAPLES GRANDE RESORT AND SPA pursuant to Rule 41(a)(1)(A)(i).

Dated: October 18, 2016.

**LAW OFFICES OF CHARLES EISS, P.L.**
Attorneys for Plaintiff
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
(954) 914-7890 (Office)
(855) 423-5298 (Facsimile)

By: /s/ Lindsay Marie Massillon
CHARLES M. EISS, Esq.
Fla. Bar #612073
ceiss@icelawfirm.com
LINDSAY MARIE MASSILLON, Esq.
Fla. Bar #92098
lmassillon@icelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Lindsay Marie Massillon
LINDSAY MARIE MASSILLON, Esq.

**SERVICE LIST**

**United States District Court**
**Middle District of Florida**
*Oana Stanoiu v. Northwood Hospitality LLC, et al*
Case No.: 16-CV-00660-SPC-CM

Charles M. Eiss, Esq. (FBN: 612073)
Email: ceiss@icelawfirm.com
Lindsay M. Massillon, Esq. (FBN: 92098)
Email: lmassillon@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.**
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

Attorneys for Plaintiff

Laura E. Prather, B.C.S. (FBN: 870854)
Email: laura.prather@jacksonlewis.com
Andrew R. Lincoln, Esq. (FBN: 0069588)
Email: Andrew.lincoln@jacksonlewis.com
**JACKSON LEWIS, P.C.**
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
Tel: (813) 512-3210
Fax: (813) 512-3211

Attorneys for Defendants
Method of Service: CM/ECF Notice.