**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CASE NO.: 2:16-CV-00660-SPC-CM**

OANA STANOIU,

Plaintiff,

v.

NORTHWOOD HOSPITALITY, LLC. and
NWNG, LLC. d/b/a NAPLES GRANDE RESORT
AND SPA,

Defendants.

_______________________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, through their undersigned attorneys, hereby file a Stipulation for Final Order of Dismissal with Prejudice. The parties have reached an agreement and each side will bear its own attorneys' fees and costs. The parties request that the Court retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

Dated: April 7, 2017.

Respectfully submitted,

_/s/ Lindsay Marie Massillon
Charles M. Eiss, Esq. (FBN: 612073)
E-mail: ceiss@icelawfirm.com
Lindsay M. Massillon, Esq. (FBN: 92098)
E-mail: lmassillon@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.,**
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Telephone: (954) 914-7890
Facsimile (855)423-5298

Attorneys for Plaintiff

/s/ Andrew R. Lincoln
Laura E. Prather, B.C.S. (FBN: 870854)
Email: laura.prather@jacksonlewis.com
Andrew R. Lincoln, Esq. (FBN: 0069588)
Email: Andrew.lincoln@jacksonlewis.com
**JACKSON LEWIS, P.C.**
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
Tel: (813) 512-3210
Fax: (813) 512-3211

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of April, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Lindsay Marie Massillon
Lindsay Marie Massillon, Esq.

**SERVICE LIST**

**United States District Court**
**Middle District of Florida**
*Oana Stanoiu v. Northwood Hospitality LLC, et al*
Case No.: 16-CV-00660-SPC-CM

Charles M. Eiss, Esq. (FBN: 612073)
Email: ceiss@icelawfirm.com
Lindsay M. Massillon, Esq. (FBN: 92098)
Email: lmassillon@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.**
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

Attorneys for Plaintiff

Laura E. Prather, B.C.S. (FBN: 870854)
Email: laura.prather@jacksonlewis.com
Andrew R. Lincoln, Esq. (FBN: 0069588)
Email: Andrew.lincoln@jacksonlewis.com
**JACKSON LEWIS, P.C.**
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
Tel: (813) 512-3210
Fax: (813) 512-3211

Attorneys for Defendant
Method of Service: CM/ECF Notice