UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OANA STANOIU,

    Plaintiff,

v.                                          Case No: 2:16-cv-660-FtM-38CM

NORTHWOOD HOSPITALITY, LLC,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Plaintiff Oana Stanoiu and Defendant Northwood Hospitality, LLC's Stipulation of Dismissal with Prejudice (Doc. 28) filed on April 7, 2017. As the parties have settled this case, they stipulate to the Court dismissing it with prejudice and with each side to bear its own attorney's fees and costs. (Doc. 28). The parties also request that the Court retain jurisdiction to enforce the settlement agreement. (Doc. 28).

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. The dismissal is effective on filing and requires no further action by the Court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). The Court

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

dismisses this case with prejudice pursuant to Rule 41(a). However, the Court declines to retain jurisdiction as requested.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Oana Stanoiu and Defendant Northwood Hospitality, LLC's Stipulation of Dismissal with Prejudice (Doc. 28) is **GRANTED.**

(2) The case is **DISMISSED with prejudice**, and the Court declines to retain jurisdiction for the purpose of enforcing the parties' settlement agreement.

(3) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close this file.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of April, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record